UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAKIM AFFLICK

Write the full name of each plaintiff.

25 CV 7872

(Include case number if one has been assigned)

-against-

State of New York
City of New York

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

VIOLATIONS OF MY FEDERAL CONSTITUTIONAL RIGHTS UNDER THE 4th, 5th + 14th AMENDMENTS, including UNLAWFUL SEIZURE, DENIAL OF DUE PROCESS, evidentiary tampering, suppression of exculpatory evidence, AND VIOLATIONS OF Brady V. Maryland

**B. If you checked Diversity of Citizenship**

   1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                   (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

HAKIM          S                AFFLICK
First Name     Middle Initial   Last Name

2267   VIRGIL   PLACE
Street Address

BRONX              New York              10473
County, City       State                 Zip Code

646 510 9622                  TESTLOVE@GMAIL.COM
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: STATE  Last Name: OF NEW YORK
Current Job Title (or other identifying information): GOVERNMENT ENTITY
Current Work Address (or other address where defendant may be served): OFFICE OF THE ATTORNEY GENERAL 28 Liberty ST.
County, City: NEW YORK COUNTY  State: N.Y.  Zip Code: 10005

Defendant 2:
First Name: CITY  Last Name: OF NEW YORK
Current Job Title (or other identifying information): MUNICIPAL CORPORATION
Current Work Address (or other address where defendant may be served): CORPORATION COUNSEL 100 CHURCH Street
County, City: NEW YORK COUNTY, New York  State: NY  Zip Code: 10007

Defendant 3:
First Name:    Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:   State:   Zip Code:

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Bronx County New York

Date(s) of occurrence: On Going Since 2022

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I voluntarily reported a cybercrime and suspicious digital activity to the FBI, CIA, and NYPD SVU. I immediately surrendered my phone without a warrant, in good faith to assist authorities. After seizure, the State of New York and the City of New York failed to preserve critical metadata, later admitting it was "missing" and then attempted to fabricate its recovery. This destroyed the chain of custody, denied me due process and suppressed exculpatory evidence in violation of Brady v. Maryland.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

EMOTIONAL DISTRESS, DISRUPTION OF DAILY LIFE ONGOING PSYCHOLOGICAL TRAUMA CAUSED BY UNLAWFUL SEIZURE, DENIAL OF DUE PROCESS

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I REQUEST MONETARY DAMAGES IN THE AMOUNT OF 45,000,000 FOR THE VIOLATIONS DESCRIBED, FULL EXPUNGEMENT OF MY CRIMINAL RECORD, AND ANY ADDITIONAL RELIEF THE COURT DEEMS JUST AND PROPER

# Facts

From: Test Love (testlovebx@gmail.com)

To: oldschoolpray@aol.com

Date: Sunday, September 21, 2025 at 08:28 PM EDT

Hakim Afflick (Pro Se)
2267 Virgil Place
Bronx, NY 10473
646-510-9622
testlovebx@gmail.com

Clerk of Court
United States District Court
Southern District of New York
Attn: Pro Se Intake Unit
500 Pearl Street, Room 120
New York, NY 10007

Re: Civil Rights Complaint (42 U.S.C. § 1983; ADA; RLUIPA)
Case: Afflick v. City of New York & Chief Administrative Judge of the New York State Unified Court System (official capacity)
Related Matter: *People v. Hakim Afflick*, Ind. No. 74512-23 (Sup. Ct. Bronx Cnty.)
Filing Fee: $402 enclosed (paid by SSI recipient)

Dear Clerk:

Please accept for filing my enclosed Civil Rights Complaint with supporting exhibits, the JS-44 Civil Cover Sheet, two AO-440 Summonses, and two AO-440 Proofs of Service. I am filing pro se and have enclosed two complete copies of all documents, along with the $402 filing fee, and respectfully request a stamped copy for my records.

From the outset I acted as a reporting citizen — not a possessor of unlawful material. Upon discovering suspicious content on my device, I immediately reported it to the NYPD Special Victims Unit, the FBI, and the CIA, following the guidance of my mother, an 81-year-old retired federal RN and woman of faith. I voluntarily surrendered my phone without a warrant, fully cooperating with law enforcement. These are the actions of a whistleblower and a law-abiding citizen.

Yet instead of protection, I have been subjected to nearly three years of prosecution. The record shows:

- Irregularities in digital evidence (metadata first declared "missing," then later "recovered"), violating chain of custody.
- Contradictory judicial orders (psychiatric participation declared voluntary on July 30, 2025, but made mandatory on Aug. 5, 2025, in my absence).
- Religious liberty violations (compelled appearances during my declared observance, including my birthday on Aug. 5 and Aug. 19).
- ADA violations (psychiatric proceedings ordered without providing reasonable accommodations despite my documented mental health disabilities).
- Suppression or disregard of exculpatory reports from NYPD SVU, FBI, CIA, and Google.

These are not procedural errors. They are systemic violations of the First, Sixth, and Fourteenth Amendments, as well as statutory rights under 42 U.S.C. § 1983, the ADA, and RLUIPA.

Thank you for your attention. Please docket this case and return a stamped copy to me.

Respectfully submitted,
[Hand-sign here]
Hakim Afflick, Pro Se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------
Hakim Afflick (Pro Se),
   Plaintiff,

v.
City of New York;
Chief Administrative Judge of the New York State Unified Court System, in official capacity,
   Defendants.
------------------------------------------------------

Civil Action No.: _____ (To be assigned)
COMPLAINT – JURY TRIAL DEMANDED
------------------------------------------------------

Parties
1. I, Hakim Afflick, reside at 2267 Virgil Place, Bronx, NY 10473, and proceed pro se.
2. Defendant City of New York, located at 100 Church Street, New York, NY 10007, is responsible for the policies, practices, and actions of its law enforcement and prosecutorial agencies.
3. Defendant Chief Administrative Judge of the New York State Unified Court System, located at 25 Beaver Street, New York, NY 10004, is sued in official capacity for declaratory and injunctive relief regarding unconstitutional and discriminatory practices in state judicial proceedings.

Jurisdiction and Venue
4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
5. Venue is proper under 28 U.S.C. § 1391(b) because the events giving rise to this complaint occurred within the Southern District of New York.

Statement of Facts
6. In late 2022, I discovered suspicious and unlawful material on my personal device.
7. I immediately showed this to my mother, an 81-year-old retired federal RN nurse supervisor and woman of faith, who advised me to report it to authorities.
8. Following her guidance, I reported the matter to the NYPD Special Victims Unit, the FBI, and the CIA.
9. When law enforcement later came to my home, I voluntarily surrendered my phone without warrant, fully cooperating in good faith as a reporting citizen.
10. Despite my cooperation, I was indicted in *People v. Hakim Afflick*, Ind. No. 74512-23 (Sup. Ct. Bronx Cnty.), and have been subjected to nearly three years of prosecution.
11. During proceedings, metadata from the digital evidence was first reported as "missing" and later "recovered," raising serious questions of authenticity and chain-of-custody violations (Exhibit A).
12. On July 30, 2025, the presiding judge stated on the record that psychiatric participation was "voluntary." The very next day, July 31, 2025, my attorney informed me the case was advanced to Aug. 5, 2025. That date was both my birthday and during my declared religious observance. Proceedings were held without me present, and the Court recharacterized psychiatric evaluation as "mandatory." (Exhibit B).
13. On Aug. 19, 2025, I was compelled under threat of a bench warrant to attend a psychiatric evaluation, still during my religious observance. Upon arrival, I was told the appointment had been rescheduled without notice, causing me to miss a sacred religious event (Exhibit B).
14. These contradictions reflect retaliation for my refusal to waive HIPAA rights and for my insistence on self-representation (Exhibit C).

15. I live with disabilities including bipolar disorder, schizophrenia, depression, and performance anxiety. Despite disclosure, I was denied reasonable accommodations such as scheduling adjustments, access to neutral evaluation, and support for effective self-representation (Exhibit C).

16. Exculpatory evidence and reports from NYPD SVU, FBI, CIA, and Google were ignored or suppressed (Exhibit D).

17. I have endured 32 months of delay, coerced plea offers, reputational harm, harassment, and severe emotional distress.

Causes of Action

Count I – 42 U.S.C. § 1983 (Fourteenth Amendment Due Process; Malicious Prosecution – pleaded in the alternative if criminal case terminates favorably)

18. Defendants, acting under color of state law, initiated and maintained a baseless prosecution despite my role as a reporting citizen. The shifting of judicial orders and mishandling of digital evidence violated due process rights.

Count II – ADA, Title II (Denial of Disability Accommodations)

19. Defendants denied me reasonable accommodations for my known disabilities, forcing me into psychiatric proceedings without adjustments, violating the ADA.

Count III – First Amendment Free Exercise & RLUIPA (Official-Capacity Claim)

20. Defendants compelled me to attend court hearings and evaluations during my religious observance, burdening my free exercise rights and violating RLUIPA.

Count IV – Fourteenth Amendment Equal Protection (Selective Treatment)

21. Defendants intentionally treated me differently due to my mental-health disabilities and religious observances, while similarly situated defendants without these characteristics were not subjected to the same burdens.

Count V – First Amendment Retaliation (42 U.S.C. § 1983)

22. I reported suspicious and unlawful material to NYPD SVU, FBI, and CIA. Instead of protecting me, Defendants retaliated by prosecuting me, advancing proceedings during my observance, and ignoring exculpatory evidence. These actions chilled my exercise of protected speech.

Count VI – Emotional Distress & Harassment

23. Defendants' actions caused me humiliation, reputational damage, and severe emotional distress, compounding the impact of my disabilities.

Damages

24. I demand judgment against the **City of New York** in the amount of **Forty-Five Million Dollars ($45,000,000.00)**. This figure reflects:
  - $4.25M in civil-rights harms (see Damages Memorandum, Exhibits A–D).
  - Loss of SSI/SSDI benefits upon award, requiring lifetime replacement income.
  - Pain and suffering over ~32 months of constitutional harm.
  - Deterrence to prevent future retaliation against whistleblowers.

Relief Requested

25. I respectfully request that this Court:
  a. Enter judgment against the City of New York for $45,000,000.00.
  b. Enter declaratory and injunctive relief against the Chief Administrative Judge of the NYS Unified Court System in official capacity, requiring compliance with ADA and RLUIPA and prohibiting further retaliation.
  c. Order expungement/sealing of my criminal record in *People v. Hakim Afflick*, Ind. No. 74512-23.
  d. Award costs, interest, and any other relief deemed just.

Respectfully submitted,
[Hand-sign here]
Hakim Afflick, Pro Se
2267 Virgil Place
Bronx, NY 10473
646-510-9622
testlovebx@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hakim Afflick (Pro Se),
Plaintiff,
v.
City of New York; Chief Administrative Judge of the New York State Unified Court System, in official capacity,
Defendants.

Civil Action No.: _____ (to be assigned)
UNIFIED DAMAGES MEMORANDUM
---------------------------------------------------------

I. Civil Rights Harms (High-End Estimate: $4,250,000)
1. Malicious Prosecution & Due Process (baseless prosecution, chain-of-custody violations) — $1,000,000
2. ADA Violations (failure to accommodate known mental-health disabilities) — $500,000
3. Religious Liberty (First Amendment & RLUIPA violations) — $500,000
4. Equal Protection / Selective Treatment (discrimination based on disability and religious observance) — $750,000
5. First Amendment Retaliation (for reporting to NYPD, FBI, CIA) — $1,000,000
6. Emotional Distress & Harassment (32 months of ongoing harm) — $500,000

Subtotal: **$4,250,000**

II. Adjustment to $45,000,000 Demand
- Federal + NY + NYC taxation estimated at ~35–40% (see Exhibit D).
- Loss of SSI/SSDI benefits upon receipt of award; requires lifetime replacement income (estimated at $X/month × 30 years = $Y).
- Pain and suffering multiplier reflecting nearly three years of constitutional violations.
- Deterrence component to prevent future misconduct against whistleblowers.

III. Settlement Posture
- Opening Demand: **$45,000,000.00**
- Negotiation Zone: **$5,000,000 – $10,000,000**
- Mathematical Target: **$4,250,000 – $5,000,000**

Respectfully submitted,
[Hand-sign here]
Hakim Afflick, Pro Se

EXHIBITS

Exhibit A — Metadata Irregularities & Chain-of-Custody Defects
Exhibit B — Religious Observance Conflicts & Court Orders (July 30, Aug. 5, Aug. 19, 2025)
Exhibit C — ADA Accommodation Denials & HIPAA Waiver Issues
Exhibit D — Supporting Materials:
  D-1: Google Alerts (Unknown Device Notifications)
  D-2: NYPD SVU Report (Date: [insert])

D-3: FBI Report (Date: [insert])
D-4: CIA Report/Acknowledgment (Date: [insert])
D-5: Court Slips (July 30 & Aug. 5, 2025)
D-6: Travel Documentation / Sight & Sound Noah program

Exhibit E – Barnes Precedent and Systemic Context

In Barnes v. Felix (2025), the United States Supreme Court unanimously held that government conduct must be reviewed in its totality, from the outset of an encounter through its conclusion, rather than through "chronological blinders" that isolate only the climactic moment.

This principle applies squarely here. My whistleblowing reports to NYPD SVU, FBI, and CIA predated any Google alerts later cited, yet those proactive reports were ignored. Authorities instead constructed a record that bypassed my role as a reporting citizen and cast me as a suspect. That selective framing — coupled with contradictory judicial orders (voluntary participation re-cast as mandatory), compelled appearances during religious observance, and denial of ADA accommodations — cannot be evaluated as isolated missteps. Under Barnes, they must be seen as part of a systemic, cumulative pattern of prejudice.

Accordingly, the actions of the City of New York and the New York State Unified Court System reflect not reasoned discretion but a consistent course of retaliation and bias. Barnes reinforces that these cumulative violations fall within the protections of the First, Sixth, and Fourteenth Amendments, and statutory safeguards under §1983, ADA, and RLUIPA.

The State of New York itself directs its citizens: "If you see something, say something." I did precisely that — showing the material to my mother, then reporting it to NYPD SVU, FBI, and CIA. Instead of protection, I was prosecuted. Under Barnes, neutrality requires context — and context here reveals the contradiction: punishing a whistleblower for fulfilling the very civic duty the State demands.

This Court should also be aware that my efforts have never been self-serving. In the course of these proceedings, I placed into the official record The Sacred Land Project — a visionary, engineering-based peace proposal designed to end cycles of war through coexistence, sustainability, and shared infrastructure. This initiative, documented in my criminal filings and maintained at www.the-sacred-land-project.org, demonstrates that I am not someone driven by criminal intent, but by constructive intent.

The Sacred Land Project, though beyond the scope of this individual case, stands as proof of my forward-looking purpose: transforming adversity into a foundation for peace. It is evidence that the resources sought through this lawsuit are not aimed at private indulgence, but at building solutions that serve society at large. The fact that this project was already entered into the criminal court record substantiates both the sincerity of my intentions and the baselessness of portraying me as a malicious actor.

Under Barnes, the totality of context must be considered. That totality includes not only the State's selective prosecution, but also my consistent good faith — whether in reporting cyber intrusion, surrendering my device, or proposing a path toward lasting peace.
Show quoted text

Under Barnes, the totality of context must be considered. That totality includes not only the State's selective prosecution, but also my consistent good faith — whether in reporting cyber intrusion, surrendering my device, or proposing a path toward lasting peace.

Wrongful-conviction data reflect systemic skew. The National Registry of Exonerations reports that Black Americans are disproportionately represented among exonerees relative to their share of the population, a pattern the Registry attributes to factors including misidentification, official misconduct, and biased enforcement — all consistent with the risks highlighted above.

Relevance to this action. These external, authoritative records are not offered to prove any individual's intent; they demonstrate a well-established, measurable backdrop in which (a) reporting citizens can be miscast, (b) discretionary choices can compound into unconstitutional outcomes, and (c) courts are urged — by the Supreme Court's emphasis on context — to evaluate the whole course of government conduct rather than isolated moments.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9-23-25
Plaintiff's Signature: Hakim Afflick

First Name: HAKIM
Middle Initial: S
Last Name: AFFLICK

Street Address: 2267 VIRGIL PLACE
County, City: BRONX
State: New York
Zip Code: 10473

Telephone Number: 646 510 9622
Email Address: TESTCOVE@GMAIL.COM

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.