UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAKIM AFFLICK,

                    Plaintiff,

          -against-                                25-cv-7872 (LTS)

STATE OF NEW YORK; CITY OF NEW                     CIVIL JUDGMENT
YORK; CHIEF ADMINISTRATIVE JUDGE
OF THE NEW YORK STATE UNIFIED
COURT SYSTEM (OFFICIAL CAPACITY),

                    Defendants.

          For the reasons stated in February 17, 2026, order, this action is dismissed as barred by

the Eleventh Amendment and the Younger abstention doctrine, and for failure to state a claim on

which relief may be granted.

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:   April 21, 2026
           New York, New York

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge